# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JONAS DANILIAUSKAS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No. 16cv9278 |
| ) | Judge Norgle |
| RELIANCE STANDARD LIFE ) | Magistrate Judge Cox |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

Plaintiff, Jonas Daniliauskas, by his attorneys, hereby moves for the entry of judgment in his favor and against the Defendant pursuant to Federal Rule of Civil Procedure 52 on the ground that the preponderance of the evidence presented in this disability insurance case brought pursuant to 29 U.S.C. § 1132(a)(1)(B) favors the entry of judgment in Plaintiff's favor. In support thereof, Plaintiff concurrently submits a separate Statement of Facts, as well as a Memorandum of Law.

WHEREFORE, Plaintiff prays that the Court enter judgment in his favor and against the Defendant and award him all benefits due to date, interest on all overdue payments, a declaratory judgment finding that Plaintiff is entitled to ongoing benefit payments, as well as an award of costs and attorneys' fees pursuant to 29 U.S.C. § 1132(g).

Date: April 19, 2017

Respectfully Submitted,

/s/ Mark D. DeBofsky

_____

Mark D. DeBofsky
Attorney for Plaintiff
Jonas Daniliauskas

Mark D. DeBofsky
DeBofsky Sherman & Casciari, P.C.
200 West Madison Street, Suite 2670
Chicago, Illinois 60606
Telephone: (312) 561-4040
Fax: (312) 929-0309
Email: mdebofsky@debofsky.com
Email: mcasciari@debofsky.com